IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**MPIRE REAL ESTATE HOLDINGS, LLC,**<br><br>Debtor. | Case No. 25-14069-MCR<br>Chapter 11 |

### NOTICE OF DEFAULT AND<br>ORDER DISMISSING CASE

Matthew W. Cheney, the Acting United States Trustee for Region 4 ("United States Trustee"), by counsel, files this Notice of Default and Order Dismissing Case pursuant to the Consent Order Resolving United States Trustee's Motion to Convert or Dismiss Case .

On May 5, 2025, Mpire Real Estate Holdings, LLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

On August 22, 2025, the United States Trustee filed the United States Trustee's Motion to Convert Case to Chapter 7 or, in the Alternative, to Dismiss Case ("Motion to Convert or Dismiss").  Dkt. No. 49.  To resolve the Motion to Convert or Dismiss, the Debtor and the United States Trustee entered into a Consent Order Resolving United States Trustee's Motion to Convert or Dismiss Case ("Consent Order").  Dkt. No. 55.  The Consent Order ordered, among other things,

3. The Debtor shall file timely all future monthly operating reports until the case is converted or dismissed or closed by final decree, whichever occurs first;

4. The Debtor shall pay timely all quarterly fees pursuant to 28 U.S.C. § 1930 until the case is converted, dismissed, or closed by final decree, whichever occurs first;

5. If the Debtor fails to comply with paragraphs 1, 2, 3 and/or 4 above, the United States Trustee may file a Notice of Default advising the Court of such non-compliance and advising that the case should be dismissed, without further hearing.

*Id*.

The Debtor failed to file the monthly operating report for September 2025, which was due on October 21, 2025. In addition, the Debtor did not pay the United States Trustee fee of $250.

The Debtor is in default of the Consent Order. Pursuant to the Consent Order, the case should be dismissed.

WHEREFORE, the United States Trustee respectfully requests that the Court enter the attached proposed order dismissing this case.

Dated: October 23, 2025                             Respectfully submitted,

                                                        Matthew W. Cheney
                                                        Acting United States Trustee for Region 4
                                                        By Counsel:

                                                        */s/ L. Jeanette Rice*
                                                        L. Jeanette Rice (12933)
                                                        Assistant U.S. Trustee
                                                        Office of the U. S. Trustee
                                                        6305 Ivy Lane, Suite 600
                                                        Greenbelt, Maryland 20770
                                                        (301) 344-6220
                                                        (301) 344-8431 (fax)
                                                        E-mail: Jeanette.Rice@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>October 23, 2025</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Cindy R Diamond cdiamond@dihlaw.com
Joy P. Robinson joy@joyrobinsonlaw.com g2148@notify.cincompass.com, robinson.joyp.b114780@notify.bestcase.com

I hereby further certify that on <u>October 23, 2025</u>, a copy of the Notice of Default was also served by first class mail, postage prepaid on:

Mpire Real Estate Holdings, LLC
8905 Ballard Lane
Clinton, MD 20735

Honeys Hair Care Salon
8905 Ballard Lane
Clinton, MD 20735-2702

David Anderson, Jr.
4710 Cedell Place
Temple Hills, MD 20748-3809

Sandy Spring Bank, a division of Atlantic Un
c/o Cindy R. Diamond, Esquire
Diamond Iotina LLC
One Village Square, Suite 158
Baltimore, MD 21210-1603

                                                                              */s/ L. Jeanette Rice*
                                                                              L. Jeanette Rice